**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Aaron Olson,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Ramsey County, and Terri Barett,<br><br>　　　　　Defendant. | Case No. 12-cv-2088 (SRN/JJG)<br><br><br>**ORDER ADOPTING**<br>**REPORT AND RECOMMENDATION** |

SUSAN RICHARD NELSON, United States District Judge

　　This matter is before the undersigned United States District Court Judge for consideration of Plaintiff Aaron Olson's Objection (Doc. No. 5) to United States Magistrate Judge Jeanne J. Graham's September 19, 2012, Report and Recommendation ("R & R"). (Doc. No. 4.) The Magistrate Judge recommended that the Plaintiff's application to proceed in forma pauperis ("IFP") be denied, the Motion to Withdraw be granted, and the action be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). (Id.) Plaintiff filed an Objection. (Doc. No. 5.) However, he did not object to the Magistrate Judge's recommendations; he merely stated that he would amend his Complaint in the future to include a negligence claim and add the State of Minnesota as a defendant. (See id. at pp. 1–3.)

　　According to statute, the Court must conduct a de novo review of any portion of the Magistrate Judge's recommendation to which specific objections are made. 28 U.S.C. § 636(b)(1)(C); D. Minn. LR 72.2(b). Plaintiff's self-identified "Objection" does not identify any portion of the Magistrate Judge's recommendation to which he has specific

objections. In any event, based on its de novo review, this Court adopts the R &R.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Petitioner's Objections (Doc. No. 12) to the Magistrate Judge's September 12, 2012, R & R (Doc. No. 11) are **OVERRULED;**

2. The Magistrate Judge's R & R (Doc. No. 11) is **ADOPTED**;

3. Petitioner's Application for In Forma Pauperis (Doc. No. 2) is **DENIED**;

4. Petitioner's Motion to Withdraw (Doc. No. 3) is **GRANTED**; and

5. This action is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 9, 2012          s/Susan Richard Nelson
                                SUSAN RICHARD NELSON
                                United States District Judge